# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

### No. 201700061

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## WILLIAM E. WOODDALL
Gunnery Sergeant (E-7), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Matthew J. Kent, USMC.
Convening Authority: Commanding General, 1st Marine Logistics Group, Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Thomas B. Merritt, Jr., USMC.
For Appellant: Lieutenant R. Andrew Austria, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 10 August 2017

———————————————

Before MARKS, RUGH, and JONES, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court